UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re AMERICAN EXPRESS FINANCIAL ADVISORS INC. SECURITIES LITIGATION | 04-CV-1773 (DAB)<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that, upon the Exhibit Book and Declaration of Peter K. Vigeland, dated February 4, 2005, and the accompanying Memorandum of Law in support of the Motion to Dismiss the Consolidated Complaint of American Express Company, American Express Financial Corporation, American Express Financial Advisors Inc. and James Cracchiolo, the undersigned will move this Court before the Honorable Deborah A. Batts at Room 2510, United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an order dismissing Consolidated Complaint in its entirety for failure to state a claim for pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b), for lack of jurisdiction over the subject matter and for failure to state a claim upon which relief can be granted, and for such relief as the Court may deem just and proper.

Dated: New York, New York
       February 4, 2005

_____
Peter K. Vigeland (PV 0161)
David Bowker (DB 3029)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

*Attorneys for Defendants*

COPY of the foregoing mailed
this 4th day of February 2005, to:

Jerome Congress (JC-2060)
Janine Pollack (JP-0178)
Michael Reese (MR-3183)
**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
One Pennsylvania Plaza
New York, New York 10019-0165
Tel:   (212) 594-5300
Fax:   (212) 868-1229

Daniel C. Girard
Jonathon K. Levine (JL-8390)
Aaron M. Sheanin
**GIRARD GIBBS &
De BARTOLOMEO LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800

Jules Brody
Aaron L. Brody
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230

*Co-Lead Counsel for Plaintiffs*