**MANDATE**



SDNY/NYNY
04-CV-1773
BATTS

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

IN RE: AMERICAN EXPRESS )
FINANCIAL ADVISORS ) MASTER FILE: 07-3502-cv
SECURITIES LITIGATION )
)

## STIPULATION OF DISMISSAL

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn with prejudice, without costs, and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Appellants Earl Wells,
James J. and Beverley Hardy,
Tom Reese, Norman and Delirus Palmer,
By their attorney,

John J. Pentz, Esq.
Class Action Fairness Group
2 Clock Tower Place, Suite 260G
Maynard, MA 01754
Phone: (978) 461-1548
Fax: (707) 276-2925
Clasaxn@earthlink.net

Appellees Class Plaintiffs,
By their attorney,

Daniel C. Girard, Esq.
Girard Gibbs LLP
601 California Street
San Francisco, CA 94108
(415) 981-4800

SO ORDERED

Dated: Jan. 30, 2008

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By Stanley A. Bass
Stanley A. Bass, Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by Tammy Martinez
DEPUTY CLERK

CERTIFIED:
1/31/08