FILED U.S. DC
AUG 23 2010
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Master File No. 04 CV 1773 (DAB)

*In re* American Express Financial Advisors
Securities Litigation

ECF Case

## Notice of Appeal

Notice is hereby given that John Beland and Elaine Beland, jointly, and John Beland as Trustee of the Floyd and Hazel Pester Charitable Remainder Unitrust, respondents in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit, Circuit from the order denying their motion for limited discovery and granting the motion of Defendant, American Express Financial Advisors, to enforce a Class Settlement, entered in this action on the 11th day of August, 2010, and the orders denying the Belands' motions to reconsider and to stay execution, entered in the 23rd day of August, 2010. Copies of the Orders are attached hereto as Exhibits A and B.

The parties to the appeal are

**Petitioner:** Ameriprise Financial, Inc.,
f/k/a American Express Financial Advisors, Inc.

**Represented by:** David W. Bowker
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington DC 20006

**Respondents:** John Beland and Elaine Beland, jointly, and John Beland as Trustee of the Floyd and Hazel Pester Charitable Remainder Unitrust

**Represented by:** Robert P. O'Neill        and    David A. Genelly
John Hyland                          James E. Judge
Sherry & O'Neill                     Vanasco Genelly & Miller
305 Madison Avenue                   33 N. LaSalle St., Suite 2200
New York, NY 10065                   Chicago IL 60602

Respectfully submitted,

John Beland and Elaine Beland, jointly, and John Beland as Trustee of the Floyd and Hazel Pester Charitable Remainder Unitrust,

By: /s/ John Beland

James E. Judge (pro hac vice)
David A. Genelly (pro hac vice)
Vanasco Genelly & Miller
33 N. LaSalle St., Suite 2200
Chicago IL 60602
(312) 786-5100
(312) 786-5111 (fax)

Robert P. O'Neill (RON2172)
John Hyland (JH5934)
Sherry & O'Neill
305 Madison Avenue
New York, NY 10065
(212) 697-3050
(212) 697-3052 (fax)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states he served a copy of the foregoing Notice of Appeal, upon:

David W. Bowker
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000 - telephone
(202) 663-6363 - fax
David.Bowker@wilmerhale.com

via e-mail and First-Class U.S. Mail on August 23, 2010.

S/James E. Judge
David A. Genelly
James E. Judge
VANASCO GENELLY & MILLER
33 North LaSalle Street, Suite 2200
Chicago, IL 60602
(312) 786-5100