UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

In re AMERICAN EXPRESS FINANCIAL
ADVISORS SECURITIES LITIGATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-2-10

04 CV 1773 (DAB)
ORDER
----------------------------------------X

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Plaintiff's Counsel's letter of June 15, 2010 seeking the Court's direction as to the remaining $1,590,000.00 of unclaimed funds remaining in the Net Settlement Fund in this matter. Accordingly, the Court directs that the remaining funds in the Net Settlement Fund be disbursed through a second, pro-rata distribution to only those claimants who cashed their prior distribution and who would now receive at least $10.00 on the second distribution.

SO ORDERED.

Dated:    New York, New York
          September 2, 2010

                              _____
                              Deborah A. Batts
                              UNITED STATES DISTRICT JUDGE