UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/11

In re AMERICAN EXPRESS FINANCIAL ADVISORS SECURITIES LITIGATION

Master File No. 04 Civ. 1773 (DAB)

## [PROPOSED] ORDER AUTHORIZING *CY PRES* DONATION OF THE UNCLAIMED BALANCE OF CLASS ACTION SETTLEMENT FUND TO CHARITY

An initial distribution of the $74.3 million net settlement fund from this action was made in September 2008 to some 2.2 million class members. In mid 2010, there still remained almost $1,590,000 un-cashed or unclaimed returned funds in the net settlement fund. Pursuant to an Order dated September 2, 2010, a re-distribution was made in October 2010 to the class members who had cashed their initial distribution and who, on a *pro-rata* basis, were entitled to receive at least $10 on the re-distribution. Now, over one year after the re-distribution, there is currently a residual balance of approximately $64,400 remaining in the net settlement fund which is unclaimed.

NOW, THEREFORE, upon Plaintiffs' Counsel's application, IT IS HEREBY

ORDERED, that the rights of all claimants with respect to un-cashed distributions from the net settlement fund are hereby terminated and those funds will be included in the distribution authorized below.

ORDERED, that Plaintiffs' Counsel are hereby authorized to distribute the balance remaining in the net settlement fund to the Pace University Law School, Investor Rights & Advocacy Clinic.

**ORDERED**, that Plaintiffs' Counsel and the Claims Administrator are hereby discharged from further responsibility for the net settlement fund upon compliance with this Order.

DATED: *November 16, 2011*                *Deborah A. Batts*
                                          THE HONORABLE DEBORAH A. BATTS
                                          **UNITED STATES DISTRICT JUDGE**